In the Matter of LOUIS K. MAYLENDER, JR., Appellant, against JOHN T. MORRISON et al., Constituting the Board of Elections of the County of Fulton, et al., Respondents.

Argued October 3, 1940; decided October 4, 1940.

*Laurence Arnold Tanzer* for appellant.

*John T. Morrison* and *Alfred D. Dennison* for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.